**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE ESPOSITO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BHARTI AIRTEL LIMITED; VODAFONE US, INC., AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-00446-TLN-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br><br><br>Complaint Filed:   03/03/16 |

EAST\123482050.1

Having considered the Parties' Stipulation to Extend Time to Respond to Complaint ("Stipulation"), and finding good cause to **GRANT** the Stipulation, the Court hereby orders as follows:

The Stipulation is **GRANTED**. Bharti Airtel Limited shall have to and including May 12, 2016 to move, answer or otherwise plead in response to the Complaint.

**DLA PIPER LLP (US)**

Dated: April 12, 2016

By /s/ Monica D. Scott
RAJIV DHARNIDHARKA
MONICA D. SCOTT
Attorneys for Defendant
BHARTI AIRTEL LIMITED

**IT IS SO ORDERED.**

Dated: April 15, 2016

Troy L. Nunley
United States District Judge

EAST\123482050.1                    -1-